# United States Bankruptcy Court
## Central District of California

| In re:<br>BBML Homes Inc.<br>dba A1 RCFE @ Sunny Hills, dba BBML HOMES, INC. | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 8:24–bk–11564–SC |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
**A.** You must cure the following within 14 days from filing of your petition:

☑ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Court Manual, section 2.1]
☑ Corporate Ownership Statement as specified by LBR 1007–4
☑ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☑ Verification of Master Mailing List of Creditors [LBR 1007–1(a)] (LBR Form F1007–1)

☑ Other *(Specify):*
Missing debtor's hographic signature.

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

      Chapter 7     Original only

**Please return the original or copy of this form with all required items to the following location:**

      411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>June 21, 2024</u>                                                                          For the Court
                                                                                                                                  **Kathleen J. Campbell**
                                                                                                                                  Clerk of Court

(Form mccdn – Rev 02/2020)                                                                                                    **7 – 1 / VN**